IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA STATE FAIR BOARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEBRASKANS 4 YOUTH LIVESTOCK, ) <br> INC., GREG HARDER, TRENT LOOS, ) <br> and KELLI LOOS ) <br> ) <br> Defendants. ) | Case No. 4:21-cv-03138 <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a), Plaintiff Nebraska State Fair Board, by its attorneys, Rembolt Ludtke LLP, voluntarily dismisses its complaint without prejudice.

Plaintiff intends to file an action against Defendants on its state law claims in state court.

Dated: September 28, 2021

                                                      NEBRASKA STATE FAIR BOARD, Plaintiff

By:    REMBOLT LUDTKE LLP
           3 Landmark Centre
           1128 Lincoln Mall, Suite 300
           Lincoln, NE 68508
           (402) 475-5100
           mfahleson@remboltlawfirm.com
           tpaulson@remboltlawfirm.com
           jralph@remboltlafirm.com

By:    /s/Mark A. Fahleson
           Mark A. Fahleson (#19807)
           Tara Tesmer Paulson (#24454)
           Jennifer L. Ralph (#26998)

4828-5554-1742, v. 1