IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA STATE FAIR BOARD, | |
| Plaintiff, | 4:21-CV-3138 |
| vs. | JUDGMENT |
| NEBRASKANS 4 YOUTH LIVESTOCK, INC., et al., | |
| Defendants. | |

On the plaintiff's notice of dismissal without prejudice (filing 19), this case is dismissed without prejudice.

Dated this 28th day of September, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge